# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KHALED ABDEL-FATTAH,

        Plaintiff,

v.                                                  Case No:   6:23-cv-659-CEM-LHP

FATIMA BELAL and MOHAMED Z.
DELHOUM,

        Defendants

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO REMOVE CASES 226-2016-CV-00184/637 TO US DISTRICT COURT OF MIDDLE DISTRICE OF FLORIDA FROM HILLSBOROUGH SOUTH SUPERIOR COURT OF NEW HAMPSHIRE (Doc. No. 6)** |
| **FILED:** | **April 30, 2023** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff, appearing *pro se*, has filed a motion to "remove cases 226-2016-CV-00184 & 226-2015-CV-00637 from Hillsborough South Superior Court of New

Hampshire" pursuant to 28 U.S.C. § 1441.   Doc. No. 6, at 1.   The motion is due to be denied for failure to comply with the Local Rules, including Local Rules 1.08 and 3.01(a).   The motion also does not establish entitlement to the relief sought.   First, Plaintiff does not address how state court cases pending in *New Hampshire* could properly be removed to a federal court in the Middle District of *Florida*.   *See* 28 U.S.C. § 1441(a) (permitting removal by a defendant "to the district court of the United States for the district and division embracing the place where such action is pending").   Second, Plaintiff has instituted this action by filing a complaint, and he effectively wishes to combine related state court cases with this matter by removal, without providing any legal authority demonstrating that this would be appropriate.   For these reasons, the Motion (Doc. No. 6) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on May 8, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties