**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KHALED ABDEL-FATTAH,

    Plaintiff,

v.                                                                Case No:   6:23-cv-659-CEM-LHP

FATIMA BELAL and MOHAMED Z. DELHOUM,

    Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO RECONSIDER THE MOTION TO REMOVE CASES 226-2016-CV-00184/637 TO US DISTRICT COURT OF MIDDLE DISTRICE OF FLORIDA FROM HILLSBOROUGH SOUTH SUPERIOR COURT OF NEW HAMPSHIRE (Doc. No. 12)
>
> **FILED:** May 17, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.[1]

---

[1] The Court does not require a response from Defendants to resolve the motion.

Plaintiff, proceeding *pro se*, previously filed a "Motion to Remove Cases 226-2016-CV-00184/637 to US District Court of Middle Districe of Florida from Hillsborough South Superior Court of New Hampshire." Doc. No. 6. Upon review, the Court denied that motion for failure to comply with the Local Rules and for failure to demonstrate that the relief sought (removal of cases from state court in New Hampshire to this Court to be combined with this matter) was proper. Doc. No. 10. Now, Plaintiff moves for reconsideration of that Order. Doc. No. 12. Upon review, the motion will be denied.

First, the motion fails to comply with Local Rule 3.01(g). Second, "[m]otions for reconsideration are permitted when there is (1) an intervening change in controlling law; (2) newly discovered evidence; or (3) the need to correct clear error or manifest injustice." *Stallworth v. Omninet Village, L.P.*, No. 6:16-cv-546-Orl-31DAB, 2016 WL 10100424, at *2 (M.D. Fla. Aug. 23, 2016) (citing *Tristar Lodging, Inc. v. Arch Speciality Ins. Co.*, 434 F. Supp. 2d 1286, 1301 (M.D. Fla. 2006), *aff'd*, 215 F. App'x 879 (11th Cir. 2007))). Plaintiff's Motion fails to satisfy any of these standards. *See* Doc. No. 12.

Accordingly, Plaintiff's Motion (Doc. No. 12) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on May 26, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties