**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KHALED ABDEL-FATTAH,

    Plaintiff,

v.                                                        Case No:   6:23-cv-659-CEM-LHP

FATIMA BELAL and MOHAMED Z. DELHOUM,

    Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO STRIKE DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES (Doc. No. 13)
>
> **FILED:** May 24, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff, appearing *pro se*, has filed a motion to strike *pro se* Defendants' answer and affirmative defenses. Doc. No. 13. Upon review, the motion will be denied without prejudice for two reasons. First, the motion fails to comply with

the Local Rules, including Local Rules 3.01(a) and 3.01(g). Second, in substance, rather than setting forth bases for striking defenses, the motion appears to be a response and/or reply to Defendants' answer and affirmative defenses, which is not authorized by the Federal Rules of Civil Procedure, absent leave of Court. Fed. R. Civ. P. 7(a)(7).

    **DONE** and **ORDERED** in Orlando, Florida on May 26, 2023.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties