## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KHALED ABDEL-FATTAH,

        Plaintiff,

v.                                   Case No:   6:23-cv-659-CEM-LHP

FATIMA BELAL and MOHAMED Z.
DELHOUM,

        Defendants

_____

### ORDER
(And Direction to Clerk of Court)

This cause comes before the Court upon the filing of a letter from Defendants addressed to the undersigned.   Doc. No. 19.   Upon review, and based on the representations made in the letter, the Court has made an exception to Local Rule 3.01(j) and permitted the filing to be placed on the docket and construed as a motion. *See* Local Rule 1.01(b).   However, the parties are cautioned that going forward, the Court will not accept unauthorized correspondence of this nature.   *See* Local Rule 3.01(j) ("NO UNAUTHORIZED CORRESPONDENCE.   A party may not use a letter, email, or the like to request relief or to respond to a request for relief.").

To the extent that Defendants request Court intervention with regard to service of documents in this matter, the request (Doc. No. 19) is **GRANTED in part**. It is **ORDERED** that going forward, **all** filings by **all** parties to this case must be served on the opposing party by **U.S. mail** on the same day the filing is made with the Court.   Service via email will not suffice.   All filings must include a certificate of service demonstrating compliance with this service requirement.   Defendants' requests (Doc. No. 19) are **DENIED in all other respects**.

The Court reminds the parties that, although each appear *pro se*, they are still obligated to comply with all Federal Rules of Civil Procedure, Local Rules of this Court, and Court Orders.   *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).   Failures to comply may result in sanctions without further notice.   *See also* Doc. No. 4 ("Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice.").

The **Clerk of Court** is **DIRECTED** to mail a copy of the docket sheet to all parties, along with a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties